MAR 29 2018

CLERK, U.S. DISTRICT COURT

2:18-mc-6

VIRGINIA:

BEFORE THE VIRGINIA STATE BAR DISCIPLINARY BOARD

IN THE MATTER OF                                VSB DOCKET NO. 18-052-110532
KARL GALEN BLANKE

## INTERIM SUSPENSION ORDER

Pursuant to Part Six, Section IV, Paragraph 13-6 G.3. of the Rules of the Supreme Court of

Virginia, it is ORDERED that Karl Galen Blanke's license to practice law in the Commonwealth of

Virginia be and hereby is suspended effective November 28, 2017. The suspension shall remain in

effect until the Virginia State Bar Disciplinary Board determines that Karl Galen Blanke has fully

complied with the subpoena *duces tecum* served on September 28, 2017.

It is further ORDERED that Karl Galen Blanke must comply with the requirements of Part

Six, § IV, ¶ 13-29 of the Rules of the Supreme Court of Virginia. The Respondent shall forthwith

give notice by certified mail, return receipt requested, of the suspension of his license to practice law

in the Commonwealth of Virginia, to all clients for whom he is currently handling matters and to all

opposing attorneys and presiding judges in pending litigation. The Respondent shall also make

appropriate arrangements for the disposition of matters then in his care in conformity with the wishes

of his client. Respondent shall give such notice within 14 days of the effective date of the sanction,

and make such arrangements as are required herein within 45 days of the effective date of the

suspension. The Respondent shall also furnish proof to the Bar within 60 days of the effective day of

the suspension that such notices have been timely given and such arrangements made for the

disposition of matters.

It is further ORDERED that if the Respondent is not handling any client matters on the

effective date of the suspension, he shall submit an affidavit to that effect to the Clerk of the

Disciplinary System at the Virginia State Bar. All issues concerning the adequacy of the notice and

arrangements required by Paragraph 13-29 shall be determined by the Virginia State Bar Disciplinary

Board.

It is further ORDERED that an attested copy of this Order be mailed by Certified Mail to the Respondent, Karl Galen Blanke, at his address of record with the Virginia State Bar, at The Law Office of Karl G. Blanke, P.O. Box 112, Burke, VA 22009, and a copy hand-delivered to Elizabeth K. Shoenfeld, Assistant Bar Counsel, Virginia State Bar, 1111 East Main Street, Suite 700, Richmond, Virginia 23219-0026.

ENTERED THIS 28th DAY OF NOVEMBER, 2017

VIRGINIA STATE BAR DISCIPLINARY BOARD

*Lisa A. Wilson*
Lisa A. Wilson, 1st Vice Chair

A COPY TESTE:

DAVIDA M. DAVIS
CLERK OF THE DISCIPLINARY SYSTEM

A COPY TESTE:

DAVIDA M. DAVIS
CLERK OF THE DISCIPLINARY SYSTEM